NICHOLAS FERRARA, Appellant, v. ETHEL REMLEIN, Defendant. PINTER & COWAN, Respondents.— In a proceeding to substitute attorneys for the plaintiff in a negligence action to recover damages for personal injuries, plaintiff appeals from so much of an order of the Supreme Court, Suffolk County, dated March 31, 1961, as ordered that the first or former attorneys shall have a lien of 20% of any recovery in the action, whether by settlement or trial. Order modified by reducing the former attorneys' lien to 12½%. As so modified, order, insofar as appealed from, affirmed, without costs. Plaintiff's former attorneys had a 50% contingent retainer. Prior to the making of the motion for substitution, plaintiff's then trial counsel suggested that a reasonable lien would be 15% of the gross recovery and plaintiff's incoming attorney suggested 10% as a compromise between the 5% lien that he thought would be reasonable and the figure of 15% suggested by plaintiff's then trial counsel. On the motion, plaintiff requested that the compensation of the former attorneys be fixed on "the basis of the retainer", whereas such attorneys requested that a lien of 20% be fixed. There was no request that their fee be fixed in a definite dollar amount based on *quantum meruit,* or that the fixation of the fee be deferred until the conclusion of the action. There is no claim that the action has actually been settled. Under the circumstances, it was not an improvident exercise of discretion for Special Term to fix the fee of the former attorneys on a percentage basis (*Schwed* v. *Parks,* 14 A D 2d 806; *Konick* v. *Kerbawy,* 7 A D 2d 745). However, on this record, the fixation of the fee at 20% was grossly excessive. In our opinion, 12½% would be adequate and appropriate compensation. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

THOMAS HARRIS, Respondent, v. RALPH BEYDA, Appellant. (Action No. 1.) RALPH BEYDA, Appellant, v. ROBERT KURLAND et al., Respondents. (Action No. 2.) ROBERT KURLAND, Respondent, v. THOMAS M. HARRIS, Respondent, and RALPH BEYDA, Appellant. (Action No. 3.) THOMAS HARRIS, Respondent, v. ROBERT KURLAND, Respondent, and RALPH BEYDA, Appellant. (Action No. 4.)— In actions to recover damages for injuries to person and property, Ralph Beyda, defendant in Actions Nos. 1, 3 and 4, appeals from an order of the Supreme Court, Nassau County, dated September 12, 1961, which denied his motion to remove and consolidate Actions Nos. 2, 3 and 4 with Action No. 1. Order affirmed, with one bill of $10 costs and disbursements to respondents Harris and Kurland. No opinion. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

BARBARA K. HEINE, Respondent, v. LEONARD M. HEINE, Appellant.— In an action for a divorce, defendant appeals from an interlocutory judgment of the Supreme Court, Nassau County, entered January 10, 1962, upon the decision of the court, after a nonjury trial, in favor of plaintiff. Judgment affirmed, with costs. No opinion. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.